## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melissa . K Zechman
&
    Robert L. Zechman aka First Last, aka
Robert L. Zechman, Jr.

               **Debtor(s)**

**BK NO. 17-05180  RNO**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Selene Finance LP as servicer for MTGLQ Investors, L.P. and index same on the master mailing list.

Respectfully submitted,

**/s/  James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594