Certificate Number: 13858-PAM-DE-030620002

Bankruptcy Case Number: 17-05180



13858-PAM-DE-030620002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2018, at 12:00 o'clock PM EST, Robert Zechman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 25, 2018

By: /s/Marisol Sanchez

Name: Marisol Sanchez

Title: Counselor